

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

DENNIS I. DICKSTEIN, et al.,
    Plaintiffs,

v.                                      CASE NUMBER: 98-1329 (HL)

WILLIAMS HOSPITALITY GROUP, INC.,
et al.,
    Defendants.

| MOTION | ORDER |
|---|---|
| **Date Filed:** 10/15/99<br>**Docket ##** 11 & 12<br>[X] **Plff**  [X] **Defts**  [ ] Other<br>**Title:** | Co-defendants' motion requesting a continuance of the pre-trial and settlement conference and trial dates is hereby **denied**. (Dkt. No. 11). |

Date  11-08-99

HECTOR M. LAFFITTE
Chief U.S. District Judge

| Rec'd: | EOD: |
|---|---|
| By: | # |



