# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



DENNIS I. DICKSTEIN, et al.,
    Plaintiffs,

v.

CASE NUMBER: 98-1329 (HL)

WILLIAMS HOSPITALITY GROUP, INC.,
et al.,
    Defendants.

| MOTION | ORDER |
|---|---|
| Date Filed: 12/14/99<br>Docket # 15<br>[X] Plff  [X] Defts  [ ] Other<br>Title: Settlement Stipulation | The Court hereby approves the proposed settlement stipulation (Dkt. No. 15), whereby defendants Williams Hospitality Group, Inc. and Posadas de San Juan Associates agree to pay plaintiffs $75,000.00 without costs or attorney's fees, and accordingly dismisses plaintiffs' claims with prejudice. |

Date 12/14/99

HECTOR M. LAFFITTE
Chief U.S. District Judge

Rec'd:           EOD:

By:              #


