UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

DENNIS I. DICKSTEIN, et al.,
    Plaintiffs,

v.                                    CASE NUMBER: 98-1329 (HL)

WILLIAMS HOSPITALITY GROUP, INC.,
et al.,
    Defendants.

## JUDGMENT

The Court having approved the parties' settlement stipulation (**Dkt. no. 15**), judgment is hereby entered dismissing this case with prejudice.

Date 12/16/99

HECTOR M. LAFFITTE
Chief U.S. District Judge

Rec'd:    EOD:

By:    #

ENTERED ON DOCKET
12/16/99
PURSUANT TO FRCP RULES 58 & 79a

RECEIVED & FILED
99 DEC 16 PM 4: 39
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR