IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

DENNIS I. DICKSTEIN ET AL
    Plaintiffs

    v.

WILLIAMS HOSPITALITY GROUP,
INC. ET AL
    Defendants

Civil No. 98-1329(HL)



## PRETRIAL/SETTLEMENT CONFERENCE REPORT

At the Pretrial Conference held on December 9, 1999, plaintiffs appeared represented by Attorney Luis N. Blanco-Matos. The defendants appeared represented by Attorney James Toro.

Inasmuch as it appeared that discovery had been completed and that the parties were ready for trial, settlement possibilities were explored.

Considering that reasonable offers were exchanged, the parties were summoned to appear on December 21, 1999, for a Final Settlement Conference. Nonetheless, on December 10, 1999, Attorney Blanco called and reported that a settlement had been reached. Thus, plaintiffs are **GRANTED until December 21, 1999,** in order to either move for voluntary dismissal or have the written stipulation filed.

SO ORDERED.

At San Juan, Puerto Rico, this 16th day of December, 1999.

AIDA M. DELGADO-COLON
U.S. Magistrate-Judge

AO 72A
(Rev.8/82)