UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

DENNIS I. DICKSTEIN, et al.,
    Plaintiffs,

v.                                            CASE NUMBER: 98-1329 (HL)

WILLIAMS HOSPITALITY GROUP, INC.,
et al.,
    Defendants.

| MOTION | ORDER |
|---|---|
| Date Filed: 2/3/00<br>Docket # 20<br>[X] **Plff** [X] **Defts** [ ] **Other**<br>Title: Non-Resident Bond | **Granted.** The Clerk shall send a check reimbursing the non-resident bond to plaintiffs' counsel Luis N. Blanco Matos, Esq. |

Date 2/15/00

HECTOR M. LAFFITTE
Chief U.S. District Judge

